MAY 31, 1955

**No. 59128.**—SUIT 4817.—United States *v.* The Specialty House, Inc., and Bryant & Heffernan, Inc., et al.—

—C. D. 1596 affirmed February 21, 1955.   C. A. D. 585.

BEFORE THE SECOND DIVISION, JUNE 9, 1955

**No. 59129.**—Dorf International, Ltd. *v.* United States, protest 240934–K (New York).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise in question consists of bobbin winders, in chief value of metal, and that said bobbin winders were designed for use on, and are essential parts of, sewing machines, the claim of the plaintiff was sustained.

**No. 59130.**—Leslie B. Canion and Powel Briscoe, Inc. *v.* United States, protest 200966–K (Galveston).

Opinion by LAWRENCE, J.   In accordance with stipulation of counsel that the merchandise consists of seamless steel A. P. I. casings the same in all material respects as those the subject of *Humble Oil & Refining Co. et al.* v. *United States* (32 Cust. Ct. 32, C. D. 1577), the claim of the plaintiffs was sustained.